IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS MONTOYA,

    Plaintiff,

v.                               No. 13-cv-0893 KBM/SMV

WILLIAM TERRAZAS and
ISRAEL RODRIGUEZ,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

    THIS MATTER is before the Court on notification by Plaintiff's counsel on May 19, 2014, that the parties have reached a settlement in this matter.

    **IT IS THEREFORE ORDERDED** that closing documents be filed no later than **June 18, 2014,** absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**